Herman Hoffman
Kathleen Hoffman
9950 League Line Road
Conroe, TX 77304
(936) 523-0610
hermanhoffman@earthlink.net
*In Proper Person*

United States Courts
Southern District of Texas
FILED

**JUL 3 1 2017**

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| HERMAN HOFFMAN and<br><br>KATHLEEN HOFFMAN<br><br>       Plaintiffs,<br><br>   vs.<br><br>GORDON WELCH, in his individual capacity,<br><br>DEBORAH MICHIELSON, in her individual capacity,<br><br>DOES 1-99, as yet, unknown to Plaintiffs<br><br>      Defendants, | Case No.: 4:17CV2332<br><br>**COMPLAINT FOR DEPRIVATION OF RIGHTS UNDER 42 U.S.C. §1983, ET SEQ., NEGLIGENCE; COMPENSATORY DAMAGES; PUNITIVE DAMAGES**<br><br>PLAINTIFFS EXHIBITS 1-6 INCORPORATED HEREIN<br><br>**DEMAND FOR TRIAL BY JURY** |

## INTRODUCTION & OPENING STATEMEMT

    This is an action brought by Plaintiffs against State Officials and other persons acting as agents of the state in their respective roles and in their individual capacities. These Defendants who, while acting under the color of law, did deter, suppress, or otherwise breach some rights of Plaintiffs guaranteed and protected by the Federal Constitution, particularly rights secured by the 4th and 14th Amendments.

All Defendants, jointly and severally, are the proximate cause of all injury suffered by Plaintiffs relating to this complaint.

## JURISDICTION, VENUE AND THE PARTIES

1.  Count I of this complaint arises under 42 U.S.C. §1983 (Civil Action for Deprivation of Rights), Count II of this complaint arises under the laws of the State of Texas. The jurisdiction of this court is founded on federal question jurisdiction, 28 U.S.C. §1331, this court also has original jurisdiction pursuant to 28 U.S.C. §1343.

2.  This court has Supplemental jurisdiction pursuant to 28 U.S.C. §1367(a).

3.  Venue is proper because all events giving rise to Plaintiffs' causes of action occurred within this district, as provided in 28 U.S.C. § 1391(b)(2).

4.  Plaintiff HERMAN HOFFMAN, hereinafter "HOFFMAN", at all times relevant herein, was domiciled in the State of Texas.

5.  Plaintiff KATHLEEN HOFFMAN, hereinafter "KATHLEEN", at all times relevant herein, was domiciled in the State of Texas.

6.  Plaintiff is informed and believes that Defendant, GORDON WELCH, hereinafter "WELCH", is a sworn Deputy Constable for Precinct #5, Montgomery County in the State of Texas, and at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded employee for the COUNTY OF MONTGOMERY.  WELCH is being sued in his individual capacity.

7.  Plaintiff is informed and believes that Defendant, DEBORAH MICHIELSON, hereinafter "MICHIELSON", was at the time of her involvement, acting as an agent of the state. MICHIELSON is being sued in her individual capacity.

8.  Plaintiff is informed and believes that DOES 1-99 include other persons acting as state agents which may be currently unknown to the Plaintiffs.

## GENERAL FACTUAL ALLEGATIONS

9.  HOFFMAN with the aid of KATHLEEN engaged in a thirty-plus plus year project purchasing key quarter horses and then training, showing, selectively breeding, and engaging in other necessary husbandry practices to develop a premier herd of quarter horses the majority of which were individually registered with the American Quarter Horse Association (AQHA). These pedigree registrations issued by the AQHA are instrumental in aiding in the proper identification, valuation, and marketability of each specific pedigree horse.

10. This herd of horses, Plaintiffs "Premium Star" brand, was internationally known and highly sought out as they were a unique, valuable, and close foundation bloodline herd of horses (see Exhibit 1, Exhibit 2, and Exhibit 3). The horses in this herd were known to have the highest percentage bloodline in existence of the Champion Quarter Horses "King Fritz" and "Poco Tivio".   In June of 2015 HOFFMAN'S herd of horses had numbered 216 head at his ranch in Conroe, Texas.

11. On June 22, 2015, after east Texas including Montgomery County had suffered almost 8 weeks of severe storms, tornadoes, straight-line winds, and flooding of historic proportion, Governor Gregg Abbott, the Texas Division of Emergency Management (TDEM) and the Federal Emergency Management Agency (FEMA) announced that Montgomery County had been declared a Major Disaster Area (see Exhibit 4 and Exhibit 5).  This county is where HOFFMAN resides and conducted his equine business.

12. Two days after this Major Disaster Declaration, on June 24, 2015, WELCH prepared an application to seize these pedigree horses (see Exhibit 6) due to alleged cruelty by HOFFMAN.   WELCH estimated on this application for seizure that there were "approximately 200 horses".  WELCH's application was used to support the "Warrant to

Seize Animal", signed by the layman Justice of the Peace Wayne Mack later that same day (see EXHIBIT 6).

13. On June 24, 2015 WELCH with the aid of MICHIELSON coordinated the seizing of all 211 horses on the property. MICHIELSON, WELCH, and DOES coordinated and acted in the removal of these pedigree horses from HOFFMAN's property over the following 6 weeks.

14. Later on June 24, 2015 WELCH made return of the warrant to the Justice Court, but WELCH failed to attach or ever file the statutorily required certified schedule of the property seized relating to this warrant (see Exhibit 6).

15. On June 30, 2015, layman Justice Mack held a trial in which he found that the seizure of HOFFMAN's horses through the search warrant was valid.  Further, Mack by this order divested HOFFMAN of ownership of "approximately 200 horses", the $1,449,000.00 of HOFFMAN's property, and taxed costs against HOFFMAN and KATHLEEN in the amount of $122,254.87.

16. On July 30, 2015, an appeal of Justice Mack's order was held in the Montgomery County County Court at Law #2, Judge Seiler presiding.  Judge Seiler duplicated Mack's ruling regarding the seizure and divestiture of "approximately 200 horses", but increased the fines and fees assessed against HOFFMAN and KATHLEEN to $485,331.68H.

## COUNT I
**(42 U.S.C. § 1983; Right to be Secure from Unreasonable Searches and Seizures)**

17. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 16 above and incorporates the same as if set forth in full.

18. Defendant WELCH prepared and executed the warrant.

19. Defendant WELCH, knew or should have known that his prepared and submitted application for warrant in this matter and the subsequently issued warrant, clearly lacked the particularity requirement stated in the Constitution's text, and was therefore insufficient for any *reasonable* officer to believe that such a warrant could be executed upon the Plaintiffs' property.

20. Defendant WELCH, knew or should have known that his prepared and submitted application for warrant in this matter and the subsequently issued warrant, clearly lacked any facts which would constitute probable cause.

21. Therefore, Defendant WELCH violated Plaintiffs' rights secured and protected by 4 U.S.C.A., when he willfully prepared and executed an illegal warrant upon the Plaintiffs' property.

22. WHEREFORE Plaintiff prays for Punitive and General Damages against Defendant WELCH in an amount to be determined at trial.

## COUNT II
### (Negligence)

23. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 22 above and incorporates the same as if set forth in full.

24. WELCH, MICHIELSON, and certain DOES knew or should have known that a certified schedule of the property seized is required to be attached to the warrant upon return to the court. This required certified inventory of property seized was not attached to the returned warrant nor was it ever filed with the court.

25. WELCH, MICHIELSON, and DOES owed the Plaintiffs a duty of care and deliberately failed to act, thus they are liable for negligence.

26. WHEREFORE Plaintiff prays for Punitive and General Damages against these Defendants for said violation.

**WHEREFORE**, Plaintiff prays for relief against Defendants, and each of them, as follows:

## AS TO COUNT I

a) For general damages against Defendant WELCH in an amount to be determined at trial.

b) For punitive damages in the amount to be determined at trial.

## AS TO COUNT II

c) For general damages against Defendants WELCH, MICHIELSON, and DOES 1-210 in an amount to be determined at trial.

d) For punitive damages in an amount to be determined at trial.

**DEMAND FOR TRIAL BY JURY REQUESED HEREIN**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

DATED this 31 day of July, 2017.

Original Signature          Herman Hoffman

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

DATED this 31 day of JUL, 2017.

Original Signature          Kathleen Hoffman

9950 League Line Road
Conroe, TX 77304
(936) 523-0610
hermanhoffman@earthlink.net
*In Proper Person*

# EXHIBIT 1

(National Foundation Quarter Horse Journal – 2010 Collector Journal
Cover and Back Page)

National Foundation Quarter Horse Journal

# 2010 Stallion Edition

## "First in a Series of Collector's Journals"



## Cornerstone Stallions Profiles

Joe Hancock
Driftwood
Pep Up
Pretty Buck
Royal King
Beaver Creek
Skipper W
Poco Tivio
Leo San
Poco Dell
King's Pistol
Joe Cody
Poco Pine
King Fritz
Blondy's Dude
Blue Valentine
Mr Baron Red
Two Eyed Jack
Jackie Bee
Hollywood Jac 86

### TAYLOR-MADE
*the Joe Taylor Horses of Moab, UT*

### MEL POTTER
*a True Believer*

Ross Hecox

# MARCH 6-7

# MAY 22-23
Catalog deadline: April 7th

# AUGUST 21-22
Catalog deadline: June 30th

# NOVEMBER 20-21
Catalog deadline: October 6th

## SALE SCHEDULE
*Friday 4:00 Demo*
*Saturday 9:00 a.m*
*Preferred Session*
*Sunday 7:30 a.m*
*Cowboy Church*
*Sunday 10:00 a.m*
*Regular Catalog Session*
*followed by Breeders Session*

Heartland of the Western Horse
Over 500 horses consigned.
Great selection of breeding stock
and finished horses.
One of the best selections of
geldings offered anywhere!

**STEVE FRISKUP**
PO Box 187  *  504 South Hull
Clovis, NM  88101
www.clovislivestock.com
(575)762-4422



# CLOVIS
## ...HORSE SALES...



# Premium Star



*Quality Speaks for itself*

**Timothy Tivio, last breeding son of the legendary Poco Tivio!
We have an extensive selection of young breeding stallions,
performance prospects, broodmares and broke horses.**

# Poco Tivio & King Fritz

## *Highest Percentage in Existence*

Call for Breeding Contracts & Fees for 2010

## Premium Star

**Herman & Kathleen Hoffman
10066 League Line Road, Conroe, Texas 77304**

# 936-856-9988
# www.premiumstar.com

**80** prospects raised on 21,000 acres in the beautiful, rugged Promontory Mountains of Utah... They're sturdy athletes, bred to look at a cow... Their pedigrees feature great cow horses from the industry's leading bloodlines... They're from a program that's had a national impact. They're by well-bred stallions that have sired top performers. And they'll sell at our annual production sale. Join us there!



# FORT★RANCH

## 33rd ANNUAL PRODUCTION SALE

*Select your future winner from our latest crop of outstanding foals, out of own daughters of:*

| | | | | | |
|---|---|---|---|---|---|
| Doc Quixote | Mr Peppy Olena | Chunky's Money | Doc Ray Olena | Tenino Tuffy | Doc O Diamond |
| Colonel Freckles | Docs Rondo | Son Ofa Doc | Freckles Flynt | Diamond Jiggs | Haidas Little Pep |
| Doc Oak | Doc's Hickory | Mr San Quarto | Holey Sox Jr. | Peppy San Badger | Hickorydickery Doc |
| Young Gun | Playin Stylish | | | Freckles Merada | Doc's Dulce Bar |



★ **REFERENCE SIRES:** ★

**ZOOM ZOOM SHORTY**
2001 Buckskin Stallion
Shorty Lena x Paloma Quixote by Doc Quixote

**GUN GOES BOON**
Playgun x My Angel of Blue
( Peppy San Badger x Royal Blue Boon)

**RICOCHETS SUE**
2002 Sorrel Stallion
Smart Lil Ricochet x Meradas Little Sue by Freckles Merada

**BOBALENA BOB**
Bob Acre Doc x Lenas Patent by Smart Little Lena

**HICKORY DICKORY DOC**
Doc's Hickory x Benito Creep by Benito San

**LITTLE PISTOL BADGE**
Young Gun x Little Peppy Holly by Peppy San Badger.

---

**Buckskins, Red Duns, Blacks, Roans, Palominos, Grullas, Sorrels, and Bays with Plenty of Chrome**

Sale Terms: 1/3 down payment with balance to be paid in September when foals are weaned and picked up by their new owners. Foal Guaranteed to be alive and sound or your down payment will be refunded

## SATURDAY, JUNE 19th 2010 AT THE RANCH IN PROMONTORY, UTAH

Approximately 35 miles West of Brigham City.

**SALE TIME
11:30 AM**
SALE PREVIEW
AT 10:00 AM
FREE LUNCH

Eric Duarte - Auctioneer
541-533-2105
www.duartesales.com

# FORT★RANCH

Mitch Jacobs
2496 North 2375 East
Hamer, Idaho 83425
208-662-5530
208-589-1951

Frank VanderSloot
2880 North 55 West
Idaho Falls, Idaho 83402
208-528-6635

FOR INFORMATION AND CATALOG CONTACT:

*Rick Ellis - General Manager*
*18305 West 15200 North*
*Howell, Utah 84316*
*208-681-9829*
*435-471-7411*

Brian Anderson
Trainer

**www.fortranch.com**

EXHIBIT 2

(National Foundation Quarter Horse Journal – 2010 Collector Journal
Article #1 -- What is a Quarter Horse, Article #2 –Tribute to the Cornerstone Quarter Horse
Stallions)



# What is a
# Foundation Quarter Horse?

by Frank Holmes

As far as trying to define exactly what constitutes a "Foundation Quarter Horse" is concerned, it's not that hard; at least not as far as technical terms are concerned.

The New World Dictionary defines foundation as "a part on which the other parts rest for support" or "a part on which



# LEO
## AN AMERICAN QUARTER HORSE DYNASTY™
### By Frank Holmes

**L**eo P-1335 is the fountainhead of one of the American Quarter Horse Association's most colorful race, show and performance lines. He first ran his way into Quarter match-racing lore and then sired a host of sons and daughters that re-shaped not only the race world, but the halter, cutting, reining, pleasure and barrel racing worlds as well.

*Leo…An American Quarter Horse Dynasty* – is the flashy stallion's complete story and includes an in-depth look at his pre-Civil War Cajun roots; his straightaway career; his most renowned sons and daughters; and the entire family's far-reaching and profound historical legacy.

Included in this watershed account will be separate chapters profiling: **Della Moore, Joe Reed P-3, Joe Reed II, Little Fanny, Bud and Reba Warren, The First Sons of Speed** (Leo Tag/Robin Reed/Overtime Leo), **A Penchant for Performance** (Leo San/Leo's Question/Okie Leo), **Worth Their Weight in Gold** (The Leo Daughters), **The "Quincy" Connection, The Supreme Champion Era, The Technicolor Crowd** (Paints/Appaloosas) **and The Line Lives On.**



8x11; 320 pages (est.); 32 full color and 300 black and white photographs; with introduction by Gary Carpenter and pedigree appendix by Susan Larkin.

Available in soft and hard cover - $24.95/$34.95 plus $5.95/6.95 shipping and handling. For each additional book add $1.00 shipping and handling. Call for priority and/or non-U.S. rates.

 

*Order your copy today!*



**Available May 2010**
**Place your advance order for signed copies now!**

## Call 785-598-2368
*Fax 785-598-2507*
*E-mail caryvale@tctelco.net*
# www.loftent.com

# LOFT
ENTERPRISES, LLC
*Horses…Heroes…History*

Clockwise
from right:



# Tribute to 'The'

The term "foundation sire" is a broad one, and one that can and should encompass hundreds of early-day Quarter Horses. And, just as we are prone to hold our favorite athletic team in higher esteem than any of the others, so too are we likely to favor one "Cornerstone Quarter Horse" sire over another.

No matter what our individual leanings are, however, I think we can all agree that King, Leo and Poco Bueno are deserving of universal acclaim. No matter what Western Horse show and performance venue you prefer, you will be hard-pressed not to find champions in the field that don't trace to one or more of these Quarter Horse icons.

Nowhere is their influence more readily apparent in that one award that was once the standard by which all Quarter show horses were judged – the AQHA Championship.

Between them, the three super sires bequeathed the breed with 80 AQHA Champions; and on the All-Time Leading Sires of AQHA Champions List, the trio and their descendants occupy fully half of the 20 slots.

On the All-Time Leading Broodmare Sires of AQHA Champions List, Leo and King occupy the two top spots with 58 and 50 respectively; while Poco Bueno has 23 to his credit. And, again, they and their descendants hold down nine of the 20 slots on the list.

And the AQHA Hall of Fame trio's influence goes far beyond a couple of leading sires lists. In halter, racing, reining,



# FarmVet

Horse • Pet • Prescriptions

## Shop with FarmVet for
## The Best Service, Convenience

Not only does FarmVet offer the highest quality products and superior customer service, we also guarantee the **LOWEST PRICES** on all of your favorite horse prescriptions, supplements and supplies.

Recieve a **5%** discount off our already low prices by using the coupon code FVSTAL at checkout.*

To place an order, call                or visit us on the web at

*offer expires 1/1/2011



# Lauing Ranch Quarter Horses

Bernie & JD Lauing
20079 Canning Road • Blunt, SD
605-962-6372 • 605-280-4823
www.lauingquarterhorses.com

Son of Hancocks Blue Boy

## Featuring JOE HANCOCK and BLUE VALENTINE Foundation Bloodlines

### STANDING SONS OF:
Rowdy Blue Man
Whipps Chunky Joe
Leo Hancock Hayes
WYO Blue Bonnet
Rojo Valentine

### 100% COLORED COLTS FOR SALE
Weanlings ~ Yearlings ~ Two Year Olds

## Buckskins, Red Roans, Blue Roans, Bay Roans, Palominos & More!

Out of: Revue Hancock, Hancocks Two Boys, Jose Blue Hancock, Leo Hancock Roan, Grulla Blue Hancock, INTRODUCING Blue Bonnet Hayes & Rojos Grullo Fox

Lauing Ranch         Quarter Horses

www.lauingquarterhorses.com

# EXHIBIT 3

(National Foundation Quarter Horse Journal – 2010 Collector Journal
Article #3 – King Fritz, Article #4 –Poco Tivio)

# KING FRITZ P-58,532

King Fritz, a 1956 bay stallion by Power Command and out of Poco Jane by Poco Bueno, was bred by Robert Q. "Bob" Sutherland of Kansas City, Missouri.

Power Command, "Fritz's" sire, was shown to his AQHA Championship by Sutherland trainer John Ballweg. The lanky Texan, who also showed 10 out of 11 of the popular Paul A's AQHA Champions, rated "Command" as a once-in-a lifetime horse.

Poco Jane, Fritz's dam, was a similarly compelling personality. Bred by the Waggoner Ranch of Vernon, Texas, and campaigned at halter, she got loose from a stall one night and was hit and almost killed by a car. Purchased by Sutherland as a 6-year-old, she was bred to Power Command in 1955 and sold in a Sutherland RS Bar Ranch sale to Raymond Guthrie of Prineville, Oregon. So, although bred by Sutherland, King Fritz was actually foaled in Oregon.

At the age of three months, the King and Poco Bueno grandson was purchased by Fritz and Helen Watkins of Wasco, Oregon and registered as "King Fritz." Known as a "middle of the road" horse with an easy disposition and temperament, the stallion was trained and shown to an AQHA Championship by four men – Ray Junker, Buster Smith, J. L. Bartlett and Harvey Jones. It was Jones that finished the job in 1960, picking up the last needed one-half point at a show in Grants Pass, Oregon.

Retired to stud, King Fritz went on to sire 11 AQHA Champions and the earners of four world championships, one Superior Halter award and 11 Superior Performance awards (in open, amateur and youth competition). In NCHA competition, his get earned $34,313.

In 1971, the Watkins sold King Fritz and 10 mares to



**King Fritz, an AQHA Champion show horse and founder of a West Coast performance dynasty, is shown here as a young horse with owner Fritz Watkins of Wasco, Oregon**



**Fritz Command, a 1967 dun stallion by King Fritz and out of Sutherland's Miss, was likewise an AQHA Champion.**

a 29-year-old Clovis, California, horse trainer named Les Vogt. The price tag on the stallion was $50,000 and the mares cost $2,000 a round. Vogt borrowed all but $1,000 of the money from an understanding banker using the horses as collateral.

After being acquired by Vogt, King Fritz stood at the White Rail Ranch in Clovis for a $1,000 fee. The stallion and his offspring – most of whom had "Chex" in their name – caught on like wildfire and Vogt was able to pay off his bank loan the first year.

Over the course of the next decade, horses like Shirley Chex, Karen Chex, Mitzi Chex and Royal Chex began to dominate the West Coast open stock horse and reined cow horse scene.

As for King Fritz himself, he had to be humanely put to sleep in 1975, at the age of 19, as the result of what was diagnosed to be a damaged vertebra near his poll.

Two of the stallion's AQHA Champion sons – Bueno Chex and Fritz Command – have done the most to ensure the continuity of the line.



| King Fritz | Power Command | King | Zantanon |
| | | | Jabalina |
| | | Crickett McCue | Barney McCue |
| | | | Fanny McCue |
| | Poco Jane | Poco Bueno | King |
| | | | Miss Taylor |
| | | Mary Jane W | Pretty Boy |
| | | | Waggoner Mare |

# Blondy's Dude P-74,801

Blondy's Dude, a 1957 sorrel stallion by Small Town Dude and out of Blondy Queen, was bred by Homer Foutz of Minneapolis, Kansas. Acquired by Morgan Freeman of Skiatook, Oklahoma, as a 3-year-old, the King P-234 grandson went on to become one of the top show horse sires of his era.

At the time his path crossed that of Blondy's Dude, Morgan Freeman was a highly qualified judge of horseflesh. As a young cowboy, he had come in contact with such legendary "Osage Country" horsemen as S. Coke Blake, "Uncle" John Dawson and Ronald Mason. From them, he learned to appreciate that it was not only how a horse looked, but also what he could do that was important.

An AQHA Champion show horse, Blondy's Dude scored his most prestigious win in January of 1962 when he earned grand champion stallion honors at the Southwestern Exposition and Livestock Show in Fort Worth, Texas. This was before the Congress or AQHA World Show and, consequently, the Fort Worth event was considered "it" as far as big-time showing in the Southwest was concerned.

Retired to stud, "Dude" became extremely popular. Endowed with the type of disposition that allowed him to become something of a pet, he was allowed to spend considerable time grazing in the Freeman yard.

In the fall of 1965, he managed to get the yard gate open to a back lot and got in with some mares. He was discovered the next morning with a shattered right rear ankle. A local vet advised putting him down, but Freeman refused. Specialists



**Blondy's Dude, shown here with owner Morgan Freeman, "came out of the woodwork" to earn grand champion stallion honors at the 1962 Southwestern Exposition and Fat Stock Show, Fort Worth, Texas.**



**He's A Dude, a 1967 roan stallion by Blondy's Dude and out of Tootie Wimpy, was bred by Kay Goss of Maud, Oklahoma. An AQHA in his right, he went on to sire five AQHA Champions.**

from Dallas were flown in to operate and put a cast on the injured leg. The stallion made a full recovery and went on to breed 130 mares in 1966, all by live cover.

He would go on to sire 20 AQHA Champions (25 open and five youth), and the earners of 42 Superior halter and performance awards. In addition, Dude's Blaze, a 1965 sorrel mare out of Showdown Jota, was the 1968 National Reining Horse Association Futurity Champion.

Blondy's Dude was the sire of such top-siring sons as Mr Diamond Dude, He's A Dude, Dude Lit and Silver Ado Dude. Among his top-producing daughters were Dudes Baby Doll – dam of Corona Cody, Dude's Starlet – dam of Rhinestone Jack, and Tamara Wess – dam of Zippos Mr Goodbar.

Diamonds Sparkle, a paternal granddaughter, was the 1979 AQHA Superhorse; and a maternal grandson, Reprise Bar, was the 1984 AQHA Superhorse. Finally, Diamonds Sparkle went on to become the dam of legendary performance sire Shining Spark.

In July of 1980, at the age of 23, Blondy's Dude was humanely put to sleep and laid to rest in the front yard that he loved to spend time in. He was inducted into the American Quarter Horse Hall of Fame in 2001.



| Blondy's Dude | Small Town Dude | King P-234 | Zantanon |
| | | | Jabalina |
| | | Uncle's Pet | Zantanon |
| | | | Captain Joe Mare |
| | Blondy Queen | Blondy Plaudit | Plaudit |
| | | | Lani Act |
| | | Johnnie Adair | Yellow Boy |
| | | | JA Quarter Mare |

# POCO TIVIO P-17,396



**Poco Tivio, shown here at the height of his show career, was one of the breed's first AQHA Champions.**

Poco Tivio, a 1947 bay stallion by Poco Bueno and out of Sheilwin by Pretty Boy, was bred by the Waggoner Ranch of Vernon, Texas. As Poco Bueno's first foal and first big-time performer, he was the standard bearer for all of his half - to full siblings that were to come.

The stallion was not only the first of a long line of champions; he was the first of a set of five famous full siblings – Poco Tivio (1947), Pretty Pokey (1948), Poco Lena (1949), Poco Champ (1950) and Poco Sandra (1951).

Poco Tivio was broke on the Waggoner Ranch by Willis Bennett and trained for cutting by Pine Johnson. He was shown in the event as a 3-year-old alongside his famous sire. The sight of the Poco Bueno/Poco Tivio team cutting and turning back for each other captured the imagination of the Quarter Horse crowd and greatly enhanced the reputation of sire and son alike.

In September of 1950, the Waggoner Ranch held a production sale with Poco Tivio as one of the event's main attractions. He responded by eliciting a sale-topping bid of $5,000 from Cliff Magers of Fort Worth, Texas.

Less than a year later, Magers re-sold the King P-234 grandson to Don Dodge of Sacramento, California, for a price said to have been around the $15,000 mark. Trained and shown by Dodge, Poco Tivio placed fifth in the 1951 and 1952 NCHA Top Ten. In the fall of 1952, he was one of the first eight horses to be awarded an AQHA Championship.

As an historical aside, Poco Bueno was brought out of retirement to compete for the new honor, and both he and his daughter Poco Lena were named as AQHA Champions in early 1953.

Dodge stood Poco Tivio for only one breeding season before selling him to renowned West Coast horseman Charley Araujo of Coalinga, California. Under Araujo's guidance, the Poco Bueno son blossomed into a top sire with 10 AQHA Champions to his credit.

As a maternal grandsire, his record was even more superlative. Among his best-producing daughters were Teresa Tivio – the dam of Fizzabar, Cal Bar, Nu Bar, Doc's Haida, Boon Bar and Doc's Remedy; Susie's Bay – the dam of Doc's Solano and Doc's Oak; Jameen Tivio – the dam of Doc's Hotrodder, Doc's Lynx, Doc's Tom Thumb, and Doc's Prescription; Tonette Tivio – the dam of Doc Tom Tucker and Doc's Dynamo; and Tasa Tivio – the dam of Doc's Starlight.

In 1971, Charley Araujo gave Poco Tivio to Floyd and Beverly Boss of Fresno, California. They cared for him and stood him to outside mares until he died of natural causes in 1976 at the age of 29.



**Doc's Dee Bar, a 1963 sorrel stallion by Doc Bar and out of Lura Tivio, was one of his era's top show horses and sires. He remains as a shining example of one of the breed's greatest golden crosses – Doc Bar on Poco Tivio-bred mares.**

| Poco Tivio | | | |
|---|---|---|---|
| | Poco Bueno | King | Zantanon |
| | | | Jabalina |
| | | Miss Taylor | Poco Bueno |
| | | | Mare by Hickory Bill |
| | Sheilwin | Pretty Boy | Dodger |
| | | | Little Maud |
| | | Mare by Blackburn | Blackburn |
| | | | Waggoner Mare |

# *If You Want To Go*
# All the Way to the TOP

## DINERO

**PC Frenchmans Hayday**
**1995 Palomino Stallion**
**Sun Frost x Casey's Charm**
**2010 Stud Fee  $2000**

Cooled Shipped Semen Available



Life Time Earnings of over $350k

**His progeny in 2009 have won $500,000+ at PRCA Rodeos  & over $100,000 at Jackpots and Futurities**

He competed at 2009 NFR, along with 3 babies,
MP Right Back Atya, MP Quick Money, and MP Meter My Hay.
His get won over $180k this year at NFR alone. His daughter,
MP Meter My Hay,  was ridden to NFR Barrel Racing Average
Championship, as well as the fastest time at the NFR,
and most money won in the Barrel Race at the NFR.



MP Right Back Atya



MP Patches Of Hay



MP Meter My Hay

**MP** Potter Ranch     Marana, AZ   Mel and Wendy Potter  (520) 682-5105

# EXHIBIT 4

(Montgomery County Judge Craig Doyle's June 22, 2015
Major Disaster Declaration Press Release)



# CRAIG DOYAL
## COUNTY JUDGE
## MONTGOMERY COUNTY

501 N. Thompson, Suite 401
Conroe, TX 77301
E-Mail: cojudge@mctx.org

Conroe: (936) 539-7812
Houston: (281) 364-4285
Fax: (936) 760-6919

For Immediate Public Release:

Montgomery County has been notified that the federal government has included it in its federal disaster declaration for Texas, opening the door for individual assistance funds to begin flowing to eligible residents.

The disaster declaration was expanded at the request of Montgomery County and the state of Texas, said County Judge Craig Doyal.

"We are very pleased that the federal government has responded so quickly to our disaster declaration; this step will help ensure that eligible residents get the help they need to get back on their feet," Judge Doyal said.

The declarations were made as a result of the severe storms, tornadoes, straight-line winds and flooding that occurred between May 4, 2015 and June 19, 2015, according to the Texas Division of Emergency Management (TDEM) and the Federal Emergency Management Agency (FEMA).

On June 15 Judge Doyal issued a local disaster declaration and submitted a request for state and federal assistance to the governor.

On June 22, 2015 Montgomery County was added to the State Disaster Declaration by Gov. Greg Abbott.

Since the county has been presidentially declared for Individual Assistance, FEMA inspectors will then begin making appointments with residents who applied for assistance, said Nicky Kelly, deputy Emergency Management Coordinator for Montgomery County.

The inspector will set up a date and time to meet with the home owner and will go over what documentation needs to be provided for proof of residency. A fact sheet is attached to explain the process in more detail and answer frequently asked questions.  Residents who have not already registered can do so by calling FEMA at 1- 800-621-FEMA(3362) or by visiting their website at www.disasterassistance.gov.

A physical location for a disaster recovery center will be set up in Montgomery County once an appropriate location is established by the State and FEMA, Kelly said.  This location will be released to the public once it is determined and ready for operation. This location will provide a face to face contact for disaster survivors to go and speak with representatives from the State and FEMA.

If residents are denied assistance from FEMA, they may appeal that decision. In addition, they would then be eligible to apply for assistance from the Small Business Administration. Montgomery County already had been added to the Small Business Administration (SBA) declaration due to being a contiguous county with Harris County. Information concerning the application process for the SBA assistance can be found on the Montgomery County OEM website at www.mctxoem.org.

# EXHIBIT 5

(April 18, 2017 Public Information Request to Montgomery County Judge Craig Doyle
and response regarding June 22, 2015 Major Disaster Declaration)



**JAMES FREDRICKS**
**CHIEF OF STAFF**
**MONTGOMERY COUNTY JUDGE**
**CRAIG DOYAL**

501 N. Thompson, Suite 401
Conroe, TX 77301
E-Mail: james.fredricks@mctx.org

Direct Line: (936) 760-6911
Houston: (281) 364-4285
Fax: (936) 760-6919

April 28, 2017

Herman Hoffman
9950 League Line Road
Conroe, Texas 77304

Dear Mr. Hoffman:

On April 21, 2017, our office received your open records request for certain information regarding the disaster declaration and any records including copies of:

1) The June 15, 2015 disaster declaration issued by Judge Craig Doyal (para. #5),
2) The submitted request for state and federal assistance by Judge Craig Doyal to Governor Greg Abbott (para. #5)
3) The presidential declaration for Montgomery County Texas regarding individual assistance (para. #7)

I have enclosed responsive documents and I am returning your postal money order for $15.00.

Sincerely,

James Fredricks

Enclosures

RECEIVED

April 18, 2017

APR 2 1 2017

Montgomery County Judge

Craig Doyal, County Judge, Montgomery County Texas
Or Attn: Custodian of Records
501 North Thompson
Suite 401
Conroe, TX  77301

Greetings

This Public Information Request is being made to your office, department, or agency specific to
the TEXAS Government Code, Title 5, Subtitle A, Chapter 552 (see attached).

In accordance with said Code, specific to attachment #2, "Immediate Public Release" by Craig
Doyle regarding the disaster declaration any records including copies of:

1) The June 15, 2015 disaster declaration issued by Judge Craig Doyle (para. #5),
2) The submitted request for state and federal assistance by Judge Craig Doyle to
   Governor Greg Abbott (para. #5)
3) The presidential declaration for Montgomery County Texas regarding individual
   assistance (para. #7)

As you are aware the Texas Public Information Act requires that you "promptly produce" the
requested information and records.  If you expect a significant delay in responding to this
request, please contact me with information about when I might expect copies and the requested
information.

If said County Judge wishes to withhold information from me, you must seek an attorney general
decision within ten business days of your receipt of this request and state the exceptions to
disclosure that said County Judge believes are applicable. Be advised that this County Judge
must also send me a copy of this letter directed to the attorney general within ten business days
of receipt of this letter.

I have enclosed a money order in the amount of $15.00 which should cover the cost of any
copies and the mailing.  If the cost exceeds this amount, please notify me in writing at the
address below and I will forward any balance to your office immediately.

Thank you for your most expedient response.

Regards

Herman Hoffman
9950 League Line Road
Conroe, TX  77304

RECEIVED

April 18, 2017

APR 2 1 2017

Montgomery County Judge

Craig Doyal, County Judge, Montgomery County Texas
Or Attn: Custodian of Records
501 North Thompson
Suite 401
Conroe, TX 77301

Greetings

This Public Information Request is being made to your office, department, or agency specific to the TEXAS Government Code, Title 5, Subtitle A, Chapter 552 (see attached).

In accordance with said Code, specific to attachment #2, "Immediate Public Release" by Craig. Doyle regarding the disaster declaration any records including copies of:

1) The June 15, 2015 disaster declaration issued by Judge Craig Doyle (para. #5),
2) The submitted request for state and federal assistance by Judge Craig Doyle to Governor Greg Abbott (para. #5)
3) The presidential declaration for Montgomery County Texas regarding individual assistance (para. #7)

As you are aware the Texas Public Information Act requires that you "promptly produce" the requested information and records. If you expect a significant delay in responding to this request, please contact me with information about when I might expect copies and the requested information.

If said County Judge wishes to withhold information from me, you must seek an attorney general decision within ten business days of your receipt of this request and state the exceptions to disclosure that said County Judge believes are applicable. Be advised that this County Judge must also send me a copy of this letter directed to the attorney general within ten business days of receipt of this letter.

I have enclosed a money order in the amount of $15.00 which should cover the cost of any copies and the mailing. If the cost exceeds this amount, please notify me in writing at the address below and I will forward any balance to your office immediately.

Thank you for your most expedient response.

Regards

Herman Hoffman
9950 League Line Road
Conroe, TX 77304

Cc: File
Attachment 1

## **Attachment 1**

TEXAS GOVERNMENT CODE

TITLE 5. OPEN GOVERNMENT; ETHICS

SUBTITLE A. OPEN GOVERNMENT

CHAPTER 552. PUBLIC INFORMATION

Sec. 552.001. POLICY; CONSTRUCTION.

(a) Under the fundamental philosophy of the American constitutional form of representative government that adheres to the principle that **government is the servant and not the master of the people,** it is the policy of this state that each person is entitled, unless otherwise expressly provided by law, at all times to complete information about the affairs of government and the official acts of public officials and employees.

**The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know.**

**The people insist on remaining informed so that they may retain control over the instruments they have created.** The provisions of this chapter shall be liberally construed to implement this policy.

(b) This chapter shall be liberally construed in favor of granting a request for information.

Added by Acts 1993, 73rd Leg., ch. 268, Sec. 1, eff. Sept. 1, 1993.



**CRAIG DOYAL**
COUNTY JUDGE
MONTGOMERY COUNTY

501 N. Thompson, Suite 401
Conroe, TX 77301
E-Mail: cojudge@mctx.org

Conroe: (936) 539-7812
Houston: (281) 364-4285
Fax: (936) 760-6919

*6-15-15*

The Honorable Greg Abbott
Governor of Texas
C/o Chief
Texas Division of Emergency Management
P.O. Box 4087
Austin, Texas 78773-0228

Dear Governor Abbott:

As a result of severe weather that occurred beginning on May 4, 2015, and continuing, Montgomery County is currently facing tremendous physical and economic losses. An estimated nineteen homes homes and/or businesses have major damage, and some families will be in need of temporary housing, and other individual assistance.

It is my belief that the damage to homes, businesses, public works and utility systems due to the severe weather is a public health and safety hazard. I have determined that this incident is of such severity and magnitude that an effective response is beyond Montgomery County's capability to recover without supplementary State and/or Federal assistance. Additionally, I certify that Montgomery County does not have local funding available to make the needed repairs and to provide these citizens with effective relief.

Your assistance in this emergency matter, as it affects the safety and health needs of our citizens would be appreciated.

Sincerely,

Craig Doyal
County Judge

Enclosure:   *Disaster Summary Outline*
            *Local Disaster Proclamation, if issued*



Posted
~~FILED~~
JUN 15 2015
MARK TURNBULL
Clerk, County Court
Montgomery Co., Texas

_____ , Deputy

Conroe: (936) 539-7812
Houston: (281) 364-4285
Fax: (936) 760-6919

**CRAIG DOYAL**
COUNTY JUDGE
MONTGOMERY COUNTY

501 N. Thompson, Suite 401
Conroe, TX 77301
E-Mail: cojudge@mctx.org

## DECLARING A LOCAL STATE OF DISASTER

WHEREAS, the County of Montgomery on the 4th day of May, 2015, and continuing has suffered widespread or severe damage, injury, or loss of life or property resulting from severe weather; and

WHEREAS, the Judge of the County of Montgomery has determined that extraordinary measures must be taken to alleviate the suffering of people and to protect or rehabilitate property;

NOW, THEREFORE, BE IT PROCLAIMED BY THE JUDGE OF THE COUNTY OF MONTGOMERY:

1.  That a state of disaster is declared for the County of Montgomery.

2.  That the County's Emergency Management Plan has been implemented.

3.  That this state of disaster shall continue for a period of not more than seven days of the date hereof, unless the same is continued by consent of the Commissioners Court of the County of Montgomery, Texas.

4.  That this proclamation shall take effect immediately from and after its issuance.

ORDERED this the 15th day of June, 2015.

ATTEST: Mark Turnbull                                    Craig Doyal   County Judge
by Amber Diddy, Deputy
Clerk



**Montgomery County
Emergency Management**

**Press Release 6/12/15
Montgomery County added to SBA Disaster Declaration**

**Montgomery County has been added to the Small Business Administration disaster declaration that makes certain applicant eligible for homes disaster loans, business physical disaster loans and economic injury disaster loans.**

For more information, contact SBA's Disaster Assistance Customer Service Center by calling (800) 659-2955, emailing *disastercustomerservice@sba.gov*, or visiting SBA's Web site at *www.sba.gov/disaster*. Deaf and hard-of-hearing individuals may call (800) 877-8339. Applicants may also apply online using the Electronic Loan Application (ELA) via SBA's secure Web site at *https://disasterloan.sba.gov/ela*.

Total annual maintenance budget (i.e. Public Works, Road & Bridge):  $_____

Start of Fiscal Year: Month_____

Others (Contact non-profit or governmental, medical, emergency, utility, educational, custodial care facilities, etc.)

| Organization/ Facility | No. of Sites | Estimated Repair Costs | Anticipated Insurance $ |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| Totals | | $ | $ |

This form is for damage assessment reporting purposes only.  In accordance with the State Emergency Management Plan, if a Mayor/County Judge determines that a situation is of such severity and magnitude that an effective response is beyond the affected jurisdiction's capability to recover, a letter outlining the disaster impact and the need for supplemental State and/or Federal assistance must accompany this DSO.

Once this form is completed, submit pages 1-3 to your local Disaster District Committee, and to:

Texas Department of Public Safety
Texas Division of Emergency Management
P.O. Box 4087
Austin, Texas 78773 or FAX to: 512-424-2444

Date: 05/31/2015



# U. S. SMALL BUSINESS ADMINISTRATION
# FACT SHEET - DISASTER LOANS

## TEXAS Declaration #14334 & #14335
### (Disaster: TX-00447)
## Incident:  SEVERE STORMS, TORNADOES, STRAIGHT-LINE WINDS & FLOODING

### occurring: *May 4, 2015 & continuing*

in the *Texas* counties of:  **Harris, Hays & Van Zandt;**
*and for economic injury only in the contiguous* ***Texas*** *counties of:* ***Blanco, Brazoria, Caldwell, Chambers, Comal,***
***Fort Bend, Galveston, Guadalupe, Henderson, Hunt, Kaufman, Liberty, Montgomery, Rains, Smith,***
***Travis, Waller & Wood***

### *Application Filing Deadlines:*
**Physical Damage: *July 28, 2015*      Economic Injury: *February 29, 2016*__**

Whether you rent or own your home, own a business, or a small agricultural cooperative located in a declared disaster area, and are the victim of a disaster, you may be eligible for financial assistance from the U. S. Small Business Administration (SBA).

### What Types of Disaster Loans are Available?

- Home Disaster Loans – Loans to homeowners or renters to repair or replace disaster-damaged real estate or personal property owned by the victim.  Renters are eligible for their personal property losses, including automobiles.

- Business Physical Disaster Loans – Loans to businesses to repair or replace disaster-damaged property owned by the business, including real estate, inventories, supplies, machinery and equipment.  Businesses of any size are eligible.  Private, non-profit organizations such as charities, churches, private universities, etc., are also eligible.

- Economic Injury Disaster Loans (EIDL) – Working capital loans to help small businesses, small agricultural cooperatives, small businesses engaged in aquaculture, and most private, non-profit organizations of all sizes meet their ordinary and necessary financial obligations that cannot be met as a direct result of the disaster.  These loans are intended to assist through the disaster recovery period.

- EIDL assistance is available only to entities and their owners who cannot provide for their own recovery from non-government sources, as determined by the U.S. Small Business Administration.

### What are the Credit Requirements?

- Credit History – Applicants must have a credit history acceptable to SBA.

- Repayment – Applicants must show the ability to repay all loans.

- Collateral – Collateral is required for physical loss loans over $25,000 and all EIDL loans over $25,000.  SBA takes real estate as collateral when it is available.  SBA will not decline a loan for lack of collateral, but requires you to pledge what is available.

### What are the Interest Rates?

By law, the interest rates depend on whether each applicant has Credit Available Elsewhere.  An applicant does not have Credit Available Elsewhere when SBA determines the applicant does not have sufficient funds or other resources, or the ability to borrow from non-government sources, to provide for its own disaster recovery.  An applicant, which SBA determines to have the ability to provide for his or her own recovery is deemed to have Credit Available Elsewhere.  Interest rates are fixed for the term of the loan.  The interest rates applicable for this disaster are:

|  | No Credit Available Elsewhere | Credit Available Elsewhere |
|---|---|---|
| Home Loans | 1.688% | 3.375% |
| Business Loans | 4.000% | 6.000% |
| Non-Profit Organization Loans | 2.625% | 2.625% |
| Economic Injury Loans | | |
|   Businesses and Small Agricultural Cooperatives | 4.000% | N/A |
|   Non-Profit Organizations | 2.625% | N/A |

### What are Loan Terms?

The law authorizes loan terms up to a maximum of 30 years.  However, the law restricts businesses with credit available elsewhere to a maximum 7-year term.  SBA sets the installment payment amount and corresponding maturity based upon each borrower's ability to repay.

Date: 05/31/2015

**What are the Loan Amount Limits?**

- Home Loans – SBA regulations limit home loans to $200,000 for the repair or replacement of real estate and $40,000 to repair or replace personal property.  Subject to these maximums, loan amounts cannot exceed the verified uninsured disaster loss.

- Business Loans – The law limits business loans to $2,000,000 for the repair or replacement of real estate, inventories, machinery, equipment and all other physical losses.  Subject to this maximum, loan amounts cannot exceed the verified uninsured disaster loss.

- Economic Injury Disaster Loans (EIDL) – The law limits EIDLs to $2,000,000 for alleviating economic injury caused by the disaster.  The actual amount of each loan is limited to the economic injury determined by SBA, less business interruption insurance and other recoveries up to the administrative lending limit.  SBA also considers potential contributions that are available from the business and/or its owner(s) or affiliates.

- Business Loan Ceiling – The $2,000,000 statutory limit for business loans applies to the combination of physical, economic injury, mitigation and refinancing, and applies to all disaster loans to a business and its affiliates for each disaster.  If a business is a major source of employment, SBA has the authority to waive the $2,000,000 statutory limit.

**What Restrictions are there on Loan Eligibility?**

- Uninsured Losses – Only uninsured or otherwise uncompensated disaster losses are eligible.  Any insurance proceeds which are required to be applied against outstanding mortgages are not available to fund disaster repairs and do not reduce loan eligibility.  However, any insurance proceeds voluntarily applied to any outstanding mortgages do reduce loan eligibility.

- Ineligible Property – Secondary homes, personal pleasure boats, airplanes, recreational vehicles and similar property are not eligible, unless used for business purposes.  Property such as antiques and collections are eligible only to the extent of their functional value.  Amounts for landscaping, swimming pools, etc., are limited.

- Noncompliance – Applicants who have not complied with the terms of previous SBA loans are not eligible.  This includes borrowers who did not maintain flood and/or hazard insurance on previous SBA or Federally insured loans.

**Is There Help with Funding Mitigation Improvements?**

If your loan application is approved, you may be eligible for additional funds to cover the cost of improvements that will protect your property against future damage.  Examples of improvements include retaining walls, seawalls, sump pumps, etc.  Mitigation loan money would be in addition to the amount of the approved loan, but may not exceed 20 percent of total amount of physical loss, as verified by SBA to a maximum of $200,000 for home loans.  It is not necessary for the description of improvements and cost estimates to be submitted with the application.  SBA approval of the mitigating measures will be required before any loan increase.

**Is There Help Available for Refinancing?**

- SBA can refinance all or part of prior mortgages that are evidenced by a recorded lien, when the applicant (1) does not have credit available elsewhere, (2) has suffered substantial uncompensated disaster damage (40 percent or more of the value of the property), and (3) intends to repair the damage.

- Homes – Homeowners may be eligible for the refinancing of existing liens or mortgages on homes, in some cases up to the amount of the loan for real estate repair or replacement.

- Businesses – Business owners may be eligible for the refinancing of existing mortgages or liens on real estate, machinery and equipment, in some cases up to the amount of the loan for the repair or replacement of real estate, machinery, and equipment.

**What if I Decide to Relocate?**

You may use your SBA disaster loan to relocate.  The amount of the relocation loan depends on whether you relocate voluntarily or involuntarily.  If you are interested in relocation, an SBA representative can provide you with more details on your specific situation.

**Are There Insurance Requirements for Loans?**

To protect each borrower and the Agency, SBA may require you to obtain and maintain appropriate insurance.  By law, borrowers whose damaged or collateral property is located in a special flood hazard area must purchase and maintain flood insurance for the full insurable value of the property for the life of the loan.

For more information, contact SBA's Disaster Assistance Customer Service Center by calling (800) 659-2955, emailing _disastercustomerservice@sba.gov_, or visiting SBA's Web site at _www.sba.gov/disaster_.  Deaf and hard-of-hearing individuals may call (800) 877-8339.  Applicants may also apply online using the Electronic Loan Application (ELA) via SBA's secure Web site at _https://disasterloan.sba.gov/ela_.

## Disaster Summary Outline

Date: 6-15-15
Time: 1:30 PM

### GENERAL

Jurisdiction (*County/City*): ___Montgomery County, Tx_____   Population: _518,000___

Type of Disaster (*Flood, Hurricane, Tornado, etc.*)  Severe Weather beginning May 4, 2015 and continuing

If this is a flood event, does the City/County participate in the National Flood Insurance Program (*NFIP*)? Yes/No

Inclusive dates of the disaster: __May 4, 2015 and continuing_____

Was a local disaster declaration issued?  Yes/ No  (*Not applicable for Agriculture assistance*)

Contact Person: __Nicky Kelly_____   Title: Deputy EMC_____

Address: 9472 Airport Rd_____   City: _Conroe_____   Zip Code: _77303___

Phone ( 936 ) 523-3901_____  Fax ( 936 ) 523-3910_____

Cell  ( 936)_672-2032_____  24-Hour Duty Officer/Sheriff's Office ( 936 )_760-5800_____

### INDIVIDUAL ASSISTANCE

Casualties: (Contact local area hospitals)

     A.     Number of Fatalities  _____0_____
     B.     Number of Injuries  _____0_____
     C.     Number Hospitalized  _____0_____

Number of homes isolated due to road closure (high water, etc.): __20_____

Agricultural Losses: (Contact the Farm Service Agency in your county)

Is agricultural assistance needed?  Yes/ No    If yes, please attach USDA damage assessment report.

Residential Losses – Primary Residence Only:  (*Local Damage Assessment*) See guidelines on page 4.

| Type of Homes | Affected | Minor Damage | Major Damage | Destroyed | % Covered by Insurance |
|---|---|---|---|---|---|
| Single Family Homes | 20 | 77 | 9 | 0 | 20 |
| Mobile Homes | 2 | 4 | 10 | 0 | 10 |
| Multi-Family Units | 0 | 15 | 0 | 0 | 0 |
| Totals | 22 | 96 | 19 | 0 | |

TDEM-93 - Page 1 (Rev. 9/12)

Estimated number of persons whose situation will not be satisfied by volunteer organizations (Contact local volunteer organizations) ___50_____

Are shelters opened? Yes/No    How many? _____

Name, location, capacity, and current occupancy of shelters?

_____

_____

**Business Losses/Impacts:**

|  | Number | # Covered by Adequate Insurance | Total estimated repair cost |
|---|---|---|---|
| Minor Damage (less than 40%) | unk |  | $ |
| Major Damage (greater than 40%) | unk |  | $ |
| Totals |  |  | $ |

How many businesses have ceased operations: _____unk_____

How many businesses have experienced economic injury: _unk_____

Estimated number of persons unemployed because of this disaster _unk_____
(Contact affected businesses and the local Texas Workforce Commission Office)

## PUBLIC ASSISTANCE

NOTE: All disaster related costs should be separated into the seven damage/work categories listed below:

| Category | Subcategory | No. of Sites | Estimated Repair Costs | Anticipated Insurance * |
|---|---|---|---|---|
| Debris Clearance |  |  | Pending | $ |
| Emergency (*EMS, Fire, Police*) |  |  | Pending | $ |
| Road & Bridge | Roads - Paved |  | Pending | $ |
|  | Roads - Unpaved |  | Pending | $ |
|  | Bridges - Destroyed |  | Pending | $ |
|  | Bridges - Closed & Repairable |  | Pending | $ |
|  | Bridges - Damaged & Serviceable |  | Pending | $ |
|  | Culverts - Totally washed away |  | Pending | $ |
|  | Culverts - Damaged & still in place |  | Pending | $ |
| Water Control Facilities (*Dams, levees, dikes*) |  |  | Pending | $ |
| Buildings & Equipment |  |  | Pending | $ |
| Public Utility Systems (*Gas, Electric, Sewer, Water*) |  |  | Pending | $ |
| Other (*Recreational Facilities, Airports, etc.*) |  |  | Pending | $ |
| Totals |  |  | Pending | $ |

\*  Anticipated insurance is normally calculated by subtracting any deductible, depreciation or uncoverable loss from the estimated repair cost.

*Governor Greg Abbott*
June 22, 2015

*Proclamation*
Page 2



the City of Austin, Texas, this the
22th day of June, 2015.

GREG ABBOTT
Governor

ATTESTED BY:

CARLOS CASCOS
Secretary of State

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
9:30 A.M. O'CLOCK

JUN 2 2 2015



GOVERNOR GREG ABBOTT

June 22, 2015

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
9:30AM O'CLOCK

JUN 22 2015

Secretary of State

The Honorable Carlos Cascos
Secretary of State
State Capitol Room 1E.8
Austin, Texas 78701

Dear Mr. Secretary:

Pursuant to his powers as Governor of the State of Texas, Greg Abbott has issued the following proclamation:

Amending his previous series of proclamations in May certifying that the severe weather, tornado and flooding event that began on May 4, 2015, has now caused a disaster in 110 Texas counties.

The original proclamation is attached to this letter of transmittal.

Respectfully submitted,

Gregory S. Davidson
Executive Clerk to the Governor

GSD/gsd

Attachment

POST OFFICE BOX 12428 AUSTIN, TEXAS 78711 512-463-2000 (VOICE) DIAL 7-1-1 FOR RELAY SERVICES

# PROCLAMATION
### BY THE
## Governor of the State of Texas

---

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

I, GREG ABBOTT, Governor of the State of Texas, issued Emergency Disaster Proclamations on May 11, May 15, May 25, May 26, May 29, June 3 and June 18, 2015, certifying that the severe weather, tornado and flooding event that began on May 4, 2015, has caused a disaster in many Texas counties. Disaster conditions persist in many parts of the state.

THEREFORE, in accordance with the authority vested in me by Section 418.014 of the Texas Government Code, I hereby amend the aforementioned proclamations and declare a disaster in Angelina, Archer, Atascosa, Austin, Bastrop, Baylor, Bell, Blanco, Bosque, Bowie, Brazoria, Brazos, Brown, Burleson, Caldwell, Calhoun, Callahan, Cass, Chambers, Cherokee, Clay, Collin, Comal, Comanche, Cooke, Dallas, Delta, Denton, Dewitt, Dickens, Eastland, Edwards, Ellis, Erath, Fannin, Fayette, Fort Bend, Frio, Gaines, Galveston, Garza, Gillespie, Gonzales, Grayson, Grimes, Guadalupe, Harris, Harrison, Hartley, Hays, Henderson, Hidalgo, Hill, Hood, Hopkins, Houston, Jack, Jasper, Johnson, Jones, Kaufman, Kendall, Lamar, Lee, Leon, Liberty, Lubbock, Lynn, Madison, Milam, Montague, Montgomery, Nacogdoches, Navarro, Newton, Nueces, Orange, Palo Pinto, Parker, Polk, Real, Red River, Refugio, Robertson, Rusk, Sabine, San Augustine, San Jacinto, Shelby, Smith, Somervell, Starr, Tarrant, Throckmorton, Travis, Trinity, Tyler, Uvalde, Van Zandt, Victoria, Walker, Waller, Washington, Wharton, Wichita, Williamson, Wilson, Wise, Young and Zavala counties.

Pursuant to Section 418.017 of the code, I authorize the use of all available resources of state government and of political subdivisions that are reasonably necessary to cope with this disaster.

Pursuant to Section 418.016 of the code, any regulatory statute prescribing the procedures for conduct of state business or any order or rule of a state agency that would in any way prevent, hinder or delay necessary action in coping with this disaster shall be suspended upon written approval of the Office of the Governor. However, to the extent that the enforcement of any state statute or administrative rule regarding contracting or procurement would impede any state agency's emergency response that is necessary to protect life or property threatened by this declared disaster, I hereby authorize the suspension of such statutes and rules for the duration of this declared disaster.

In accordance with the statutory requirements, copies of this proclamation shall be filed with the applicable authorities.

IN TESTIMONY WHEREOF, I
have hereunto signed my name and
have officially caused the Seal of
State to be affixed at my office in



FILED IN THE OFFICE OF THE
SECRETARY OF STATE
9:30 A.M. O'CLOCK
JUN 2 2 2015

**UNITED STATES DEPARTMENT OF AGRICULTURE**
Farm Service Agency
Texas State FSA Office
2405 Texas Avenue South
P.O. Box 2900
College Station, TX 77841

| **TX NOTICE FLP-1055** |
| --- |

3-FLP (Rev. 2)

**FOR:  County Offices**

### Presidential Major Disaster Declaration M4223, Amendment 7

Approved by:  State Executive Director

---

## 1   Overview

### A   Background

On **July 9, 2015**, President Obama declared **3 counties in Texas** as a primary natural disaster area. This action is based on the Severe Storms, Tornadoes, Straight-line Winds, and Flooding **beginning May 4, 2015 through June 19, 2015.**  The primary counties are:

| | | |
| --- | --- | --- |
| **Erath** | **Jim Wells** | **Montgomery** |

In addition to the above **counties, 19 other Texas Counties** are named as **contiguous counties** where eligible family farmers may qualify for FSA EM loan assistance, pursuant to section 321 (a) of the Consolidated Farm and Rural Development Act.  Those counties are:

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Bosque** | **Brooks** | **Comanche** | **Duval** | **Eastland** | **Grimes** | **Hamilton** |
| **Harris** | **Hood** | **Kleberg** | **Liberty** | **Live Oak** | **Nueces** | **Palo Pinto** |
| **San Jacinto** | **San Patricio** | **Somervell** | **Walker** | **Waller** | | |

This designation makes farm operators in both primary and contiguous counties eligible to be considered for low-interest emergency loans from the Farm Service Agency (FSA), provided eligibility requirements are met.  FSA will consider each loan application on its own merits, taking into account the extent of losses, security available, and repayment ability.

### B   Application Deadline

EM Loan applications will be received through **March 9, 2016** for **production and physical losses.**

---

| **Disposal Date** | **Distribution (6-RMH/7/15/2015)** |
| --- | --- |
| July 31, 2016 | County Offices |

**TX Notice FLP-1055**                                              **TX Exhibit 1**

Subject:    **Presidential Major Disaster Declaration M4223, Amendment 7**

Please carefully review the notice listing the primary and contiguous counties determined eligible by President Obama and the Emergency Preparedness and Programs Branch for emergency (EM) loans effective **July 9, 2015.**

This declaration is coded **M4223, Amendment 7,** and EM loan applications will be received through **March 9, 2016.**  For the purpose of determining loan security values for loan applications, the beginning date of the incidence period is **May 4, 2015.**

Please proceed to take the appropriate notification and coordination actions required by Handbook 1-DIS and 7CFR part 759.

# EXHIBIT 6

(Seizure Warrant, Application for Warrant, and Return of Warrant June 24, 2015 –
Deputy Constable Gordon Welch)

## WARRANT FOR ANIMAL SEIZURE



STATE OF TEXAS
COUNTY OF        MONTGOMERY

**To any Sheriff, Constable or Peace Officer of the State of Texas, Greeting:**

Whereas application in writing, under oath, has been made before me by **Deputy GORDON WELCH**, a true and exact copy of which application is attached hereto and expressly incorporated herein and made a part hereof, and said application having stated facts and information in my opinion sufficient to establish probable cause for the issuance of this warrant:

**You are therefore commanded to forthwith seize and impound the animals described** in said application which are alleged to have been cruelly treated, and you will also give written notice to **Herman Hoffman and Kathleen Hoffman**, the alleged owner of said animals, that a hearing will be held in the **JUSTICE COURT PCT. 1 of MONTGOMERY** County, Texas, at 300 S. Danville St., **Willis, Texas**, on the 30th day of June, 2015, at 2:00 p.m. (being a date within 10 days of the issuance of this warrant) to determine whether the animals have been cruelly treated.

Herein fail not, and make due return to me at the place above named.

Witness my signature on this the 24 day of June, 2015.

Judge or Justice of the Peace
Montgomery County, Texas

### OFFICER'S RETURN

Come to hard on the same day issued, and executed on the _____day of _____ by seizing and impounding the following animals believed by me to be the same animals described in said warrant, to wit:

_____

_____

which said animals I found at said location, and by delivery of the written notice of the hearing set forth in said warrant to _____, the alleged owner of said animals, in obedience to the command of said warrant.

_____

A true copy, I hereby certify
WAYNE L. MACK, Justice of the Peace, Pct.1
Montgomery County, Texas

Issued ___9-12-16___

By_____,Clerk

*1ASC019-1*
*1ASC019-B*

## WARRANT FOR ANIMAL SEIZURE

STATE OF TEXAS
COUNTY OF          **MONTGOMERY**

**To any Sheriff, Constable or Peace Officer of the State of Texas, Greeting:**

Whereas application in writing, under oath, has been made before me by Deputy **GORDON WELCH**, a true and exact copy of which application is attached hereto and expressly incorporated herein and made a part hereof, and said application having stated facts and information in my opinion sufficient to establish probable cause for the issuance of this warrant.

**You are therefore commanded** to forthwith seize and impound the animals described in said application which are alleged to have been cruelly treated, and you will also give written notice to **Herman Hoffman and Kathleen Hoffman**, the alleged owner of said animals, that a hearing will be held in the **JUSTICE COURT PCT. 1** of MONTGOMERY County, Texas, 300 S. Danville St., **Willis Texas**, on the 30th day of June, 2015, at 2:00 p.m. (being a date within 10 days of the issuance of this warrant) to determine whether the animals have been cruelly treated.

Herein fail not, and make due return to me at the place above named.

Witness my signature on this the 24 day of June, 2015. *Wayne L. Mack*

Judge or Justice of the Peace
Montgomery County, Texas

## OFFICER'S RETURN

Come to hard on the same day issued, and executed on the *24* day of *June 2015* by seizing and impounding the following animals believed by me to be the same animals described in said warrant, to wit: *approximately 200 horses at 10066 and 9955 League Line Road*

which said animals I found at said location, and by delivery of the written notice of the hearing set forth in said warrant to *Herman Hoffman*, the alleged owner of said animals, in obedience to the command of said warrant. *Kathleen Hoffman*

*Deputy Gordon Welch 8535*

*Kathleen Hoffman served at 10:20 pm*

*Herman Hoffman served at 11 pm*

ORIGINAL

A true copy, I hereby certify
WAYNE L. MACK, Justice of the Peace, Pct.1
Montgomery County, Texas
Issued _____ 9-12-16 _____
By _____, Clerk

# APPLICATION FOR WARRANT TO SEIZE ANIMAL(S)
## (UNDER 821.022, TEXAS HEALTH AND SAFETY CODE)

STATE OF TEXAS
COUNTY OF MONTGOMERY

I, __Deputy Gordon Welch_____, CONSTABLE OF MONTGOMERY
COUNTY, TEXAS, DO SOLEMNLY SWEAR THAT I HAVE REASON TO BELIEVE AND DO
BELIEVE THAT ANIMALS LOCATED IN MONTGOMERY COUNTY, TEXAS HAVE BEEN AND
ARE BEING CRUELLY TREATED IN THAT:__The horses have been unreasonably deprived of
necessary food, care, or shelter, or cruelly
confined._____

_____

THE ANIMALS ARE DESCRIBED AS_ approximately 200
horses_____

_____
_____
_____
_____
_____

SAID ANIMALS ARE LOCATED IN MONTGOMERY COUNTY AT:_10066 League Line Road, 9955
League Line road_. Conroe
Texas._____

MY BELIEF OF THE FOREGOING IS BASED ON THE FOLLOWING FACTS:_due to the poor body
condition of numerous horses on location , the lack of hoof care for numerous horses on location, and poor
living conditions of numerous horses on location I believe that the horses are not being adequately cared for
and are being neglected. I request that the horses be seized and be housed on and off the property under the
care and direction of the Houston SPCA and Montgomery County Pct 5.. I also request that law
enforcement be allowed to provide 24 hour security on the property and that the Houston SPCA be allowed
unlimited access to care for and remove horses at any time until this court determines the disposition of the
animals. Please see attached photographs as a representation of a portion of the
horses_____

_____
_____
_____
_____
_____

WHEREFORE, I ASK THAT A WARRANT TO SEIZE THE SAID ANIMALS BE ISSUED IN
ACCORDANCE WITH THE LAW IN SUCH CASES PROVIDED.

CONSTABLE OF MONTGOMERY
COUNTY, TEXAS

A true copy, I hereby certify
WAYNE L. MACK, Justice of the Peace, Pct.1
Montgomery County, Texas

Issued___9-12-16____

By_____MR_____,Clerk

SWORN AND SUBSCRIBED TO BEFORE ME BY THE SAID Gordon Welch ON THIS
24th DAY OF June , 20 15

NOTARY PUBLIC

MY COMMISSION EXPIRES 3-26-16

SHELBY ARNOLD
Notary Public, State of Texas
My Commission Expires 03-26-2016

CASE NUMBER 15U000136

A true copy, I hereby certify
WAYNE L. MACK, Justice of the Peace, Pct.1
Montgomery County, Texas
Issued 9-12-16
By MR ,Clerk



