United States District Court
Southern District of Texas
**ENTERED**
June 17, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | | |
|---|---|---|---|
| In re Herman E. Hoffman, | § § § | Bankruptcy 16-32617, 17-786, 17-787 | |
| Debtor. | | | |
| Herman Hoffman, | § § | | |
| Appellant, | § § | | |
| versus | § § | Civil Action H-17-2332 | |
| | § | Adversary 16-3222 | |
| Leslie Maybin, et al., | § § § | | |
| Appellees. | § | | |

## Final Judgment

Herman and Kathleen Hoffman take nothing from Leslie Maybin, Kelly Maybin, the Houston Society for the Prevention of Cruelty to Animals, Gordon Welch, Deborah Michielson, J.D. Lambright, Stuart Hughes, Ronald Chin, Wayne Mack, Michael Seiler, Montgomery County, Texas, and Brett Ligon.

Signed on June 14, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge